**Dismiss and Opinion Filed March 21, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01063-CV

### JAMES O'DELL WALTON, Appellant
### V.
### STEVE PARIS, Appellee

**On Appeal from the 95th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 10-06566**

## MEMORANDUM OPINION

Before Justices Moseley, Francis, and Lang
Opinion by Justice Francis

Appellant's brief in this case is overdue. By postcard dated September 11, 2013, we notified appellant the time for filing his brief had expired. We directed appellant to file both his brief and an extension motion within ten days. We cautioned appellant that failure to file his brief and an extension motion would result in the dismissal of this appeal without further notice. To date, appellant has not filed his brief, an extension motion, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 38.8(a)(1); 42.3(b)(c).

/Molly Francis/
131063F.P05                                        MOLLY FRANCIS
                                                   JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

JAMES O'DELL WALTON, Appellant

No. 05-13-01063-CV          V.

STEVE PARIS, Appellee

On Appeal from the 95th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. 10-06566.
Opinion delivered by Justice Francis.
Justices Moseley and Lang participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee STEVE PARIS recover his costs of this appeal from appellant JAMES O'DELL WALTON.

Judgment entered March 21, 2014

/Molly Francis/

MOLLY FRANCIS
JUSTICE